# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **TERRY JAMES GOODEAUX** | **DOCKET NO. 2:19-cv-0521** |
| **D.O.C. # 317866** | **SECTION P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **KEITH COOLEY** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Petitioner's § 2254 petition is **DENIED AND DISMISSED WITHOUT PREJUDICE** for failing to exhaust state court remedies.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Motion for Production of Grand Jury Statements, and Other Statements [Doc. # 8] is dismissed as **MOOT**.

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this 25TH day of September, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE